384 A.2d 240

**In re ESTATE of W. A. MILLER, alias dictus Walter A. Miller, Deceased.**

**Appeal of Edith HOPKINS, Administrator.**

Supreme Court of Pennsylvania.

Argued March 13, 1978.

Decided April 7, 1978.

Scott O. Mears, Greensburg, for appellant.

Richard F. Flickinger, Ligonier, for appellee.

Before O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Decree affirmed.  Each side to pay own costs.

EAGEN, C. J., did not participate in the consideration or decision of this case.